**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7049**

———————————

UNITED STATES OF AMERICA,

                          Plaintiff - Appellee,

    versus

CRAIG LAWRENCE THOMAS,

                          Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. John R. Hargrove, Senior District Judge. (CR-90-475-HAR, CA-96-136-HAR)

———————————

Submitted: October 29, 1996      Decided: November 7, 1996

———————————

Before MURNAGHAN and ERVIN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Craig Lawrence Thomas, Appellant Pro Se. Raymond Allen Bonner, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal as frivolous on the reasoning of the district court. <u>United States v. Thomas</u>, Nos. CR-90-475-HAR; CA-96-136-HAR (D. Md. June 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>